SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
LORI A. LOOKLISS Michigan Bar No. P64099
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-3808
lori.lookliss@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHERYLABIGAIL ELISSA CASTRO SANTILLAN, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:25-cv-02356-MDC <br><br><br><br> AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER (FIRST REQUEST) |

Defendant hereby moves, with no opposition from Plaintiff's counsel, for an extension of time as follows:

- Defendant shall have up to and including February 25, 2026, to file a response to a response to the Complaint.

In support of this Motion, the undersigned Special Assistant United States Attorney Lori A. Lookliss, counsel for the Commissioner, states as follows:

1. The Defendant's Answer is due Monday, January 26, 2026.
2. I am requesting a 30-day extension of time, until February 19, 2026, for the Defendant to file his response to Plaintiff's Complaint.
3. Defendant has been notified that the transcript is not yet available in this case. A transcript backlog has developed due to the shutdown, and the SSA is facing challenges in getting transcripts back from the contractors. My client has requested that we seek an extension. Therefore, we are requesting an extension of the initial answer/response due date to produce a transcript or a response to Plaintiff's Complaint.
4. Plaintiff's counsel has been contacted and does not oppose this motion for an extension.

//
//
//
//
//
//
//
//
//
//

Motion to Extend Answer                    Page 2                    2:25-cv-02356-MDC

For these reasons, the Court should grant Defendant's amended unopposed request and extend the deadlines to file a response to Plaintiff's Complaint to February 25, 2026.

DATED January 29, 2026

Respectfully submitted,

SIGAL CHATTAH
First Assistant United States Attorney

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: s/ Lori A. Lookliss
Lori A. Lookliss
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: January 29, 2026

Motion to Extend Answer                    Page 3                    2:25-cv-02356-MDC